A

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 07-2744-E | Trial Court of Massachusetts Superior Court Department County: ___ |
|---|---|---|
| PLAINTIFF(S) ALAN NGUYEN | | DEFENDANT(S) ANNE M GINESTRE GE SENSING, BILLERICA, MA |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | | ATTORNEY (if known) |
| Board of Bar Overseers number: | | |

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 | | (F) | ( ) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............ $
2. Total Doctor expenses ............ $
3. Total chiropractic expenses ............ $
4. Total physical therapy expenses ............ $
5. Total other expenses (describe) ............ $
   Subtotal $
B. Documented lost wages and compensation to date ............ $
C. Documented property damages to date ............ $
D. Reasonably anticipated future medical and hospital expenses ............ $
E. Reasonably anticipated lost wages ............ $
F. Other documented items of damages (describe) ............ $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$
TOTAL $

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of ~~Attorney of Record~~  X DATE: 6-27-07

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

[Stamp: 2007 JUL 27 PM 1:54 MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE]

My symptoms of cough, my chest pain, and I had been shortness of breathing, and wheezing which are suggestive of ASTHMA triggered by exposure to irritants at my work place. GE clinically reasonable to consider toxic chemicals as triggering factors for my cough, chest pain. I have been taking medication as Advair 250/50, Proair HFA 8.5, and Prednisone for eight months. My specialist and primary doctor ordered me excusing from work from April 03, 2007 through July 19, 2007.

**WHEREFORE, plaintiff demands that:**

I, ALAN NGUYEN, the plaintiff believe that I was discriminated against by GE Sensing on basis of National Origin, Disability, Race, Color. I believe GE has subjected me to different term and conditions of employment based. GE has failed to accommodate my disability by terminated. Please orders me back to work. I am a father of four children.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

X DATE June 27- 2007

X Alan Nguyen
Signature of Plaintiff(s)

X 130 WRENTHAM STREET, #2
Street Address

X DORCHESTER, BOSTON, MA 02124
City/Town

617-282-9914
Telephone

cxgcomplaint

A TRUE COPY ATTEST
[signature]
DEPUTY SHERIFF
Middlesex County
7/02/07
DATE OF SERVICE

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 07-2744-E

ALAN NGUYEN, Plaintiff(s)

ANNE M. GINESTRE, HR
GE SENSING 1100 TECHNOLOGY PARK DRIVE
BILLERICA, MA 01821, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ALAN NGUYEN 130 WRENTHAM ST #2 DORCHESTER, MA 02124 plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the JUNE 27-2007 day of _____, in the year of our Lord two thousand _____.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.