B

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET# SUCV2007-02744

Nguyen,
          Plaintiff(s)

vs

Ginestre et al,
          Defendant(s)

## JUDGMENT ON MOTION TO DISMISS
### (Mass.R.Civ.P. 12b)

This action came on before the Court, Charles T Spurlock, Justice upon the Defendant's, Anne M Ginestre, GE Sensing, motion to dismiss pursuant to Mass. R.Civ.P. 12(b), and upon consideration thereof,

It is **ORDERED** and **ADJUDGED**:

That the Complaint of the plaintiff, Alan Nguyen is hereby dismissed against the defendants, Anne M Ginestre, GE Sensing, and the defendants recover their costs of action.

Dated at Boston, Massachusetts this 15th day of October, 2007.

By: _____
          Assistant Clerk

JUDGMENT ENTERED ON DOCKET _10/16_ 20_07_
PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P. 58(a)
AND NOTICE SENT TO PARTIES PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS

cvdjud12b_1.wpd 3152016 inidoc01 quinnela

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                           SUPERIOR COURT DEPARTMENT
                                       OF THE TRIAL COURT
                                       CIVIL ACTION NO. SUCV2007-02744-E

---------------------------------------
ALAN NGUYEN,                          )
                                      )
                        Plaintiff,    )
                                      )
v.                                    )
                                      )
GE SENSING and ANNE M. GINSTRE,       )
                                      )
                        Defendants.   )
                                      )
---------------------------------------

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants GE Sensing and Anne M. Ginestre[1], pursuant to Mass. R. Civ. P. 12(b)(6) hereby move to dismiss Plaintiff Alan Nguyen's Complaint ("Complaint") for failure to state a claim upon which relief may be granted and for failure to exhaust administrative remedies. As Defendants previously informed the Court, Plaintiff has filed multiple complaints with the Massachusetts Commission Against Discrimination concerning the same claims at issue in this case. Two of those claims are still pending with the Commission. Accordingly, his claims in this Court should be dismissed (or permanently stayed until the MCAD complaints are resolved or withdrawn). To the extent that Plaintiff alleges that he has a medical condition "triggered by exposure to irritants in [his] workplace," his claims are pre-empted by the exclusivity provision of the Massachusetts Workers' Compensation statute. Finally, Plaintiff's Complaint fails to

---

[1] Plaintiff's Complaint does n clearly indicate whether Ms. Ginestre is named as an individual defendant in this case. The filing of this motion on Ms. Ginestre's behalf does not constitute an admission that Ms. Ginestre is a proper defendant or was properly served. Ms. Ginestre reserves all jurisdictional and substantive arguments and rights.

allege any facts to support an actionable discrimination claim under any theory. Moreover, to the extent that Plaintiff intended to name Ms. Ginestre as a defendant in this action, Ms. Ginestre moves to dismiss on the additional grounds that the Complaint fails to state any cause of action against her. In further support of this Motion to Dismiss, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint in its entirety, with prejudice. In the alternative, Defendants request that this case be permanently stayed until Plaintiff's MCAD complaints are dismissed, resolved or withdrawn, and that Plaintiff be ordered to provide a more definite statement of his claims.

Respectfully submitted,

Defendants,
GE SENSING and ANNE M. GINESTRE
By their Attorney,

_____
Krista G. Pratt (BBO# 644741)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel.: (617) 946-4800
Fax: (617) 946-4801

DATED: September 24, 2007

## CERTIFICATE OF SERVICE

I, Krista G. Pratt hereby certify that on September 24, 2007, a true copy of the foregoing document was delivered by hand delivery upon Plaintiff, *pro se*, 130 Wrentham Street, Apt. 2, Dorchester, MA 02124.

_____
Krista G. Pratt

2

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2007-02744-E**

RE: Nguyen v Ginestre et al

TO: Krista Green Pratt, Esquire
Seyfarth Shaw
World Trade Center East
Two Seaport Lane Suite 300
Boston, MA 02210-2028

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **10/16/2007** the following entry was made on the above referenced docket:

**JUDGMENT ON MOTION TO DISMISS (Mass R Civ P 12(b) That the complaint of plff is hereby dismissed against the defts and defts recover costs entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d)**
Dated at Boston, Massachusetts this 16th day of October, 2007.

Michael Joseph Donovan,
Clerk of the Courts

BY: Elaine R. Lombardi
Assistant Clerk

Telephone: 617-788-8144

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**